# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D24-1860
Lower Tribunal No. F24-11790

————————————

**State of Florida,**
Appellant,

vs.

**Xavier Prospere,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

James Uthmeier, Attorney General, and Linda Katz, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellee.

Before FERNANDEZ, LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Calder v. State</u>, 133 So. 3d 1025 (Fla. 4th DCA 2014).